UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ __1st____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Charles Shoaf            JOINT DEBTOR: Carol Shoaf            Case No.: 11-11797-PGH
Last Four Digits of SS# -9405    Last Four Digits of SS# -5646

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A.  $897.14    for months __1__ to __60__ ;
- B.  $_____  for months ____ to ____ ;
- C.  $_____  for months ____ to ____ ; in order to pay the following creditors:

**Administrative:** Attorney's Fee - $3,650 + $750 MTV)  TOTAL PAID $ 600.00
Balance Due  $ 3,050.00  payable $ 169.44  /month (Months __1__ to __18__)

**Secured Creditors:** [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Chrysler Financial Services, Americas LLC  PAY-OFF TOTAL $ 8,262.83  payable $ 507.54  /month (Months __1__ to __18__)
Account No: 9221    [payment includes 12.95% interest for total payments of $9,135.72]

2. HSBC Retail Services, Inc.  PAY-OFF TOTAL $ 2,380.06  payable $ 138.60  /month (Months __1__ to __18__)
Account No: 5446    [payment includes 6% interest for total payments of $2,494.80]

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  | __%  | $ | To | $ |

**Priority Creditors:** [as defined in 11 U.S.C. §507]

1. _____  Total Due $ _____
Payable $ _____  /month (Months ____ to ____)

**Unsecured Creditors:** Pay $ 815.58  /month (Months __19__ to __60__).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**Other Provisions Not Included Above:** Polk County Tax Collector to be paid directly. Debtors surrender timeshare securing Club Wyndham Plus and Palm Vacation Group (acct...2852), Santander Consumer USA, Inc.(acct...9405), Wells Fargo Financial/Wells Fargo Bank, NA(acct...0124-1st mortgage and 2nd mortgage acct...7388 re:7008 Santa Rosa Parkway, Ft. Pierce, FL 34951) and St. Lucie County Tax Collector to be paid directly.  Chrysler Financial shall release lien/turn over title re: 2006 Jeep Liberty upon payment of allowed, secured claim amount above. HSBC Retail Services shall release liens on subject ATV's upon payment of allowed, secured claim amount above.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____                      _____
Debtor                                      Joint Debtor
Date: 7 Feb 11                              Date: 2/7/11

LF-31 (rev. 01/08/10)